# EXHIBIT 1

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 3

FILED DATE: 7/3/2025 3:50 PM   2025CH05902

# SUMMONS

## IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook ▼
*County Where You Are Filing the Case*

Enter the case information as it appears on your other court documents.

**PLAINTIFF/PETITIONER OR IN RE:** The Numero Group, LLC
*Who started the case.*                    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** TufAmerica, Inc.
*Who the case was filed against.*

_____

_____
*First, Middle, and Last Name or Business Name*

FILED
7/3/2025 3:50 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH05902
Calendar, 3
33430718

2025CH05902
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



☑ **1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: Richard J. Daley Center 50 W Washington St, Chicago, IL 60602
*Courthouse Street Address*

**- or -**

☐ **2. DATE CERTAIN SUMMONS**

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*              *Time*                          *Courtroom Number*

Case Number: 2025CH05902

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<span style="display:block; text-align:center;">*Courtroom Address*      *Courtroom Number*</span>

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
<span style="display:block;">*Video Conference Website*</span>

    Log-in information: _____
<span style="display:block;">*Video Conference Log-in Information, Meeting ID, Password, etc.*</span>

    **By telephone** at: _____
<span style="display:block;">*Call-in Number for Telephone Remote Appearance*</span>

To find out more about remote court options:

    Phone: _____ or Website: _____
<span style="display:block;">*Circuit Clerk's Phone Number*    *Website URL*</span>

_____ _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ 0.00_____ .
<span style="display:block; text-align:right;">*(Enter 0 if you are not asking for money)*</span>

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

☐ Yes ☑ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

☑ I am having 1 Defendant/Respondent served and their information is on this form below.

☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____ .
<span style="display:block;">*Number*</span>

b. First Defendant/Respondent's **primary address/information** for service:

Name: TufAmerica, Inc._____
<span style="display:block;">*First, Middle, and Last Name, or Business Name*</span>

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_____
<span style="display:block;">*First, Middle, and Last Name*</span>

Street Address: 10 West 37th Street, Suite 601_____
<span style="display:block;">*Street, Apt #*</span>

City, State, ZIP: New York, NY 10018_____
<span style="display:block;">*City*    *State*    *Zip*</span>

Telephone: _____ Email: _____

FILED DATE: 7/3/2025 3:50 PM   2025CH05902

Case Number: 2025CH05902

c. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☑ I have another address where this Defendant/Respondent might be found. It is:

Street Address: 350 W 50th St., 24F, Attn: Aaron Fuchs
*Street, Apt #*

City, State, ZIP: New York, NY 10019
   *City*                        *State*              *Zip*

Telephone: _____ Email: _____

d. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
   *County & State*



---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name The Numero Group, LLC
   *First, Middle and Last Name*

Registered Agent's name, if any _____
   *First, Middle and Last Name*

Street Address 2533 S Troy St.
   *Street, Apt #*

City, State, ZIP: Chicago, IL 60623
   *City*                        *State*              *Zip*

Telephone: (312) 321-9100          Email: npeterson@smbtrials.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____

Clerk of the Court: 7/3/2025 3:50 PM Mariyana T. Spyropoulos

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

FILED DATE: 7/3/2025 3:50 PM   2025CH05902

*Case Number:* 2025CH05902_____



## WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons*):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons.*
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

FILED DATE: 7/3/2025 3:50 PM   2025CH05902

*Case Number:* 2025CH05902

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☑ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** The Numero Group, LLC
*Who started the case.*                     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** TufAmerica, Inc.
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

2025CH05902
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
   ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
   Name of person served: _____
   *First, Middle, Last Name*
   ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

   Address, Unit#: _____

   City, State, ZIP: _____
   and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

   address on this date: _____.

*Case Number:* 2025CH05902

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____
_____
_____

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____  Print Your Name _____

You are: ☐ Sheriff in Illinois
☐ Sheriff outside Illinois: _____          ☐ Special process server
*County and State*          ☐ Licensed private detective, license number: _____
          *License number*

**FEES:**

Service and Return: $_____  Miles: $_____  Total: $0.00_____

FILED DATE: 7/3/2025 3:50 PM   2025CH05902

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 3

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**CHANCERY DIVISION**

THE NUMERO GROUP, LLC,

Plaintiff(s)

VS.

TUFAMERICA, Inc.,

Defendant(s)

Court No.: 2025CH05902

FILED
7/17/2025 9:18 AM
Mariana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH05902
Calendar, 3
33604358

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, Kyle Friedland, being first duly sworn on oath depose and state as follows:
I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number appointed by the court to serve process in the above referenced cause117.001465. Following are the results of my efforts to serve summons in the above captioned case:

Type of Process:  Alias Summons and Verified Complaint

Defendant to be served:  TufAmerica, Inc.

I SERVED/NON-SERVED the within named defendant on: 7/14/25 @ 12:21 AM/PM

ADDRESS WHERE ATTEMPTED OR SERVED:  444 W. 50th Street Front 1
New York, NY, 10019

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 30-35  Gender M F  Race White  Height 5'9-6'  Weight 161-200  Hair Dk Brown  Glasses Y N

_____ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_____ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_____ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Leo Doe (Title) Authorized Agent, a person authorized to accept service and informed that person of the contents thereof.

_____ **POSTED**

_____ **NON-SERVICE** for the reason that after diligent investigation found _____

**MILITARY** _____

Additional Comments _____

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of New York
County of Nassau

Subscribed and sworn before me on 7/14/2025

Signature of Process Server

Kyle Friedland
Printed Name of Process Server

Notary Public

TRACY BETH FREEMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FR6222704
Qualified in Nassau County
My Commission Expires 06/01/20__

File Number: 1SM070725
Reference Number: 4386796
Case Number: 2025CH05902
Client: Swanson, Martin & Bell, LLP
Doc Generated: 07/09/2025 11:33:44:772 AM

957082_4386796_0_26_V4

Page 1 of 1

FILED DATE: 7/17/2025 9:18 AM  2025CH05902

For updated information about your case, including hearings, subsequent filings
and other case information, please visit our Online Case Search
and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED
6/2/2025 2:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH05902
Calendar, 3
32955332

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CHANCERY DIVISION

THE NUMERO GROUP, LLC,

        Plaintiff,

    v.

TUFAMERICA, Inc.,

        Defendant.

Case No.  **2025CH05902**

### VERIFIED COMPLAINT

Plaintiff, THE NUMERO GROUP, LLC, by its attorneys, SWANSON, MARTIN & BELL, LLP, for its Verified Complaint against Defendant, TUFAMERICA, INC., states as follows:

### THE PARTIES

1.    Plaintiff, The Numero Group, LLC ("Numero" or "Plaintiff") is an Illinois limited liability company with its principal place of business at 2533 S. Troy Street, Chicago, Illinois 60623 that specializes in the refurbishment, distribution, and representation of sound recordings.

2.    Upon information and belief, Defendant TufAmerica, Inc. d/b/a "Tuff City" ("Tuff City" or "Defendant") is a New York corporation that distributes music all over the world, including in the State of Illinois, and transacts business with artists in Illinois, including Illinois resident Leonard J. LaCour.

### JURISDICTION AND VENUE

3.    Jurisdiction is properly conferred by 735 ILCS § 5/2-209(a)(1) because Defendant conducts business in the State of Illinois.

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

4.       Venue is proper in Cook County pursuant to 735 ILCS § 5/2-101 because Plaintiff is located in Cook County, and Defendant is a nonresident of the State of Illinois, thus this action may be commenced in any county.

## FACTUAL ALLEGATIONS

5.       Leonard J. LaCour ("Mr. LaCour") is an American record producer, songwriter and performer.

6.       Tuff City and Mr. LaCour entered into a contract on September 23, 2004 wherein Mr. LaCour was to assign to Tuff City copyright interests in certain musical compositions and sound recordings of Mr. LaCour's music catalog, and as consideration for these rights, Tuff City was to pay an advance and royalties to Mr. LaCour and adhere to certain accounting procedures (the "Tuff City Contract"). *See* the Tuff City Contract attached as **Exhibit A.**

7.       Tuff City did not pay royalties to Mr. LaCour for many years.

8.       Counsel for Mr. LaCour sent Tuff City notice of termination letters on September 21,  2018 and October 19, 2018 notifying Tuff City of its breaches of the Tuff City Contract and his right to terminate the agreement as a result of Tuff City's breach (the "2018 Termination Letters"). *See* the 2018 Termination Letters attached as **Exhibit B.**

9.       Pursuant to the Tuff City Contract, Tuff City had 130 days to cure any breach after being notified of the breach by Mr. LaCour. *See* Ex. A, ¶7.

10.      Tuff City failed to respond to either of the 2018 Termination Letters or cure its breaches of the Tuff City Contract within 130 days following receipt of its notice—by January 29, 2019 (or at any time thereafter).

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

11.     Following the 2018 Termination Letters, however, Tuff City removed all of Mr. LaCour's music from digital service providers.

12.     Then, over two years later, on February 11, 2021, counsel for Tuff City sent an email that seemingly attempted to "extend" the Tuff City Contract by adding more music in exchange for payment of $8,000. This correspondence, and the $8,000 payment, however, was sent by Tuff City to one of Mr. Lacour's children, who did not have authority to act on behalf of Mr. Lacour. There also is reference in this email correspondence to a payment obligation of to another $15,000 (at $1,000 a year), but Tuff City never sent any of these payments to Mr. Lacour. *See* the 2021 Email attached as **Exhibit C.**

13.     On March 12, 2021, Mr. LaCour responded to Tuff City's 2021 Email, stating that he would treat the $8,000 payment as a credit towards the decades of unpaid royalty money that Tuff City owed Mr. LaCour under the Tuff City Contract, and that he did not consider these payments to serve as consideration for a new agreement. Mr. LaCour reaffirmed this to Tuff City on March 12, 2024.

14.     Almost a year later, on February 8, 2022, Mr. LaCour entered into a master license and publishing administration agreement with Numero, wherein Mr. LaCour granted Numero rights to certain master recordings and compositions and in exchange Numero would pay to Mr. LaCour an advance and royalties (the "Numero Contract"). *See* the Numero Contract attached as **Exhibit E.**

15.     Numero acquired the rights to Mr. LaCour's music in good faith, relying on the fact that Mr. Lacour had sent termination notices to Tuff City, that Tuff City did not challenge those letters (or make any attempt to cure the breaches identified therein) and that Tuff City had removed Mr. LaCour's music from digital service providers in 2021.

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

16.     In September 2022, counsel for Tuff City contacted counsel for Numero asserting rights to Mr. LaCour's music, which Numero rejected. Numero reiterated its position to Tuff City in a letter to Tuff City's counsel in February 2023.

17.     More than two years later, in May of 2025, Tuff City has again reached out to Numero and argued that it possesses all rights to the music that Mr. Lacour had licensed to Numero.  Tuff City also argued that Numero had tortiously interfered with the Tuff City Contract and threatened to sue Numero on that basis.

## <u>COUNT I</u>
### DECLARATORY JUDGMENT PURSUANT TO 735 ILCS 5/2-701<br>TO DECLARE TUFF CITY HAS NO RIGHTS TO MR. LACOUR'S MUSIC

18.     Numero hereby restates and re-alleges paragraphs 1 through 17 of this Verified Complaint as though fully set forth herein.

19.     Numero has been damaged by Tuff City's allegation that it has any rights in Mr. LaCour's music.

20.     Numero brings this cause of action against Tuff City seeking a declaratory judgment that, as a matter of law Tuff City has no real, tangible, or protectable interest in Mr. LaCour's music.

21.     A substantial, actual and concrete dispute exists between Numero and Tuff City as to whether Tuff City has any interest in Mr. LaCour's music.

22.     A declaration of rights and obligations of the parties pertaining to Mr. LaCour's music is both necessary and appropriate to redress <u>Numero</u>'s injuries.

WHEREFORE, Plaintiff, The Numero Group, LLC respectfully requests this Court enter a declaratory judgment, declaring  Defendant TufAmerica, Inc. d/b/a "Tuff City" has no

4

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

interest in the musical catalog of Leonard J. LaCour; and grant any such additional or alternative relief this Court deems just and equitable.

## <u>COUNT II</u>
### DECLARATORY JUDGMENT PURSUANT TO 735 ILCS 5/2-701 TO DECLARE NUMERO HAS RIGHTS TO MR. LACOUR'S MUSIC

23.     Numero hereby restates and re-alleges paragraphs 1 through 17 of this Verified Complaint as though fully set forth herein.

24.     Numero has been damaged by Tuff City's allegation that Numero does not have any rights in Mr. LaCour's music.

25.     Numero brings this cause of action against Tuff City seeking a declaratory judgment that, as a matter of law Numero has a real, tangible, and protectable interest in Mr. LaCour's music.

26.     A substantial, actual and concrete dispute exists between Numero and Tuff City as to whether Numero has any interest in Mr. LaCour's music.

27.     A declaration of rights and obligations of the parties pertaining to Mr. LaCour's music is both necessary and appropriate to redress Numero's injuries.

WHEREFORE, Plaintiff, The Numero Group, LLC respectfully requests this Court enter a declaratory judgment, declaring that Plaintiff The Numero Group, LLC has a real, tangible, and protectable interest in the musical catalog of Leonard J. LaCour; and grant any such additional or alternative relief this Court deems just and equitable.

## <u>COUNT III</u>
### DECLARATORY JUDGMENT PURSUANT TO 735 ILCS 5/2-701 TO DECLARE NUMERO'S RIGHTS TO MR. LACOUR'S MUSIC ARE SUPERIOR TO TUFF CITY'S RIGHTS
### *(In the Alternative to Count II)*

5

FILED DATE: 6/2/2025 2:11 PM    2025CH05902

28.     Numero hereby restates and re-alleges paragraphs 1 through 17 of this Verified Complaint as though fully set forth herein.

29.     Numero has been damaged by Tuff City's allegation that it has any rights in Mr. LaCour's music.

30.     Numero brings this cause of action against Tuff City seeking a declaratory judgment that, as a matter of law, Numero's real, tangible, and protectable interest in Mr. LaCour's music is superior to Tuff City's alleged rights to Mr. LaCour's music.

31.     A substantial, actual and concrete dispute exists between Numero and Tuff City as to whether  the rights in Mr. LaCour's music.

32.     A declaration of rights and obligations of the parties pertaining to Mr. LaCour's music is both necessary and appropriate to redress Numero's injuries.

WHEREFORE, Plaintiff, The Numero Group, LLC respectfully requests this Court enter a declaratory judgment, declaring  Plaintiff, The Numero Group, LLC's rights and interest to the musical catalog of Leonard J. LaCour is superior to Defendant TufAmerica, Inc.'s d/b/a "Tuff City" rights and interest in the musical catalog of Leonard J. LaCour; and grant any such additional or alternative relief this Court deems just and equitable.

### <u>COUNT IV</u>
### DECLARATORY JUDGMENT PURSUANT TO 735 ILCS 5/2-701
### TO DECLARE NUMERO DID NOT TORTIOUSLY INTERFERE

33.     Numero hereby restates and re-alleges paragraphs 1 through 17 of this Verified Complaint as though fully set forth herein.

34.     Numero has been damaged by Tuff City's allegation that Numero tortiously interfered with its rights in Mr. LaCour's music.

FILED DATE: 6/2/2025 2:11 PM   2025CH05902

35.     Numero brings this cause of action against Tuff City seeking a declaratory judgment that, as a matter of law,   Numero did not tortiously interfere with Tuff City's alleged interest in Mr. LaCour's music.

36.     A substantial, actual, and concrete dispute exists between Numero and Tuff City as to whether  Numero tortiously interfered with Tuff City's interest in Mr. LaCour's music.

37.     A declaration of rights and obligations of the parties pertaining to Mr. LaCour's music is both necessary and appropriate to redress Numero's injuries.

WHEREFORE, Plaintiff, The Numero Group, LLC respectfully requests this Court enter a declaratory judgment, declaring  Plaintiff The Numero Group, LLC did not tortiously interfere with Defendant TufAmerica, Inc.'s d/b/a "Tuff City" interest in the musical catalog of Leonard J. LaCour; and grant any such additional or alternative relief this Court deems just and equitable.

Dated: June 2, 2025                    Respectfully Submitted,

*/s/ Nicole O'Toole Peterson*
Jeffrey S. Becker (jbecker@smbtrials.com)
Nicole O. Peterson (npeterson@smbtrials.com)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
Firm ID: #29558
***Attorneys for Plaintiff The Numero Group, LLC***

Hearing Date: 8/4/2025 9:30 AM
Location: Court Room 2402
Judge: Price Walker, Allen

**2025CH05902**

FILED
6/2/2025 2:11 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025CH05902
Calendar, 3
32955332

# Exhibit

# A


Scanned with
CamScanner

12/07/2006  17:19    6306911449                    OFFICE DEPOT LOMBARD                    PAGE  02/

TufAmerica, Inc. ("Tuff City") located at 250 West 49th Street Suite 705, New York, New York 10019 enters into this agreement with Leonard LaCour, Sr. p/k/a King Creole a/k/a Big Boss Man and a/k/a the Big Rocker o/b/o himself, Kadar Records, Magic Touch Records and 620 Records and all other publishing companies, record labels and/or other companies owned, co-owned or controlled by Leonard LaCour ("LaCour") located at PO Box 6701, Villa Park, IL 60181 on September 23, 2004.

Therefore, the signing of this contract will constitute an agreement between us:

1.    LaCour does hereby also convey, sell and assign, in perpetuity, to Tuff City all rights in all interests and all worldwide copyright, renewals and/or other interests in and to the musical compositions and sound recordings listed in schedules "A" and "B". For the sake of clarity, these preceding rights shall include but not be limited to all rights he has as artist, writer, producer, publisher or label owner. To the extent that LaCour has any other rights in and to compositions, sound recordings or any other related to schedules "A" and "B," LaCour hereby conveys and assigns, in perpetuity, to Tuff City all of those interests to Tuff City. For the sake of clarity, these preceding rights shall include but not be limited to all rights he has as artist, writer, producer, publisher or label owner.

2.    Tuff City shall:

i.    Pay LaCour an advance of Three Thousand Dollars ($3,000.00) and other good and valuable consideration upon full execution of this agreement. Such advance shall not be recoupable from the sales of records. For the sake of clarity LaCour shall be paid royalties from the first record sold by Tuff City, and

ii.    Conditioned upon LaCour's full and faithful performance of the obligations hereunder, Tuff City shall compute royalties payable to LaCour hereunder as of June 30th and December 31st of each year for the preceding six (6) month period. All royalties shall be paid in line with Tuff City's standards, *And Record Royalties to be paid quarterly.* ☞

iii.    All royalty payments due under this agreement shall be payable directly to LaCour's heir(s) after LaCour's death. *(Names Previously Notified)* *As heads of estate.*

iv.    Conditioned upon LaCour's full and faithful performance of the obligations hereunder, in full consideration of all rights hereunder, Company shall pay LaCour sixty percent (60%) of any and all proceeds actually received (less any costs for collection, including costs of administration, third party royalties and company's standard fees) by Tuff City in the United States and earned throughout the world, from the exploitation by our licensees of mechanical rights, electrical transcriptions and reproducing rights, motion picture and television, *Sales of tracks* synchronization rights, printing rights, and all other rights (excepting public performance rights). With regard to any albums sold by Tuff City LaCour shall be paid a top line royalty of fifteen (15%) percent on top line records calculated in line with Tuff City standards. The term "proceeds" is defined as Tuff City's gross receipts (as hereinafter defined) less the following: (i) Royalties paid by Tuff City to any party with respect to these copyrights; (ii) all other costs or expenditures. Except as herein expressly provided, no other royalties or monies shall be paid to LaCour.

3. In addition to the above and as part of the same above, including but not limited to paragraphs above, LaCour herby grants to Tuff City all exclusive rights under 17 U.S.C. § 106, LaCour hereby appoints in perpetuity Tuff City as the exclusive administrator, in perpetuity, of all rights including but not limited to all rights in and to the copyrights including but not limited to those granted under 17 U.S.C. § 106 and all moral rights, *Excluding Rights of Collection of Unpaid Royalties Due from Previous years Unpaid by Distributing labels! RL*

4. LaCour warrants and represents that he is the sole owner of the copyrights listed in schedules

- 1 -

Scanned with
CamScanner

12/07/2006  17:19    6306911449          OFFICE DEPOT LOMBARD                    PAGE  04/05

## Schedule A
## Compositions and Sound Recordings

1. (Tonight I'll Go) Way Across The Sea – Big Boss Man℗
2. Bamboo Walls - King Creole™
3. Binte Jua - King Creole™
4. Cotton-Eyed Joe - King Creole™
5. Dance Attack - King Creole™
6. Do The Bat – Big Boss Man℗
7. Everybody Wants To Fly - King Creole™
8. (Give Me) The Simple Life - King Creole™
9. Have I Stayed Away Too Long – Big Rocker℗
10. Light Up The Fire - King Creole™
11. Listen To The King - King Creole™
12. Love Blooms - King Creole™
13. Maharishi (I Bring You flowers)  - King Creole™
14. No Privacy - Lenny LaCour
15. Ol' Blue eyes - King Creole™
16. Rock & Roll Romance – Big Rocker℗
17. Rocking Rosalie vs. Disco Bill – Lenny LaCour
18. The Great Escape - Lenny LaCour
19. The Worm - King Creole™
20. (Tonight I'll Go) Way Across The Sea – Big Boss Man℗
21. Twinkle Toes – Lennie Lecour
22. Vegas Is Calling - King Creole™
23. Walkin' The Bullfrog - King Creole™ (DoubleTitle: 2. Walkin My Bulldog.)
                                        (2 Versions)
24. Why Did I ever Leave Nashville? - King Creole™
25. Will I? - King Creole™



All © 2006 by Leonard J. LoCour – P.O.Box 6701 – Villa Pk.II.
60181
Ⓛ © 2006 Universal Copyright Conventions Berne & Amsterdam
                    by Leonard J. LoCour  Conventions
                        P.O. Box 6701
                        Villa Pk. Il. 60181
℗2006 by Aquarius Music Pub Co. (ASCAP)

12/07/2006  17:19    6306911449                    OFFICE DEPOT LOMBARD                    PAGE  (

"A" and "B." LaCour warrants and represents that he is the sole owner of Kadar Records, Magic Touch Records, 620 Records, LaCour Publishing, Aquarius Music, and all other publishing companies and/or record labels owned, co-owned or controlled by Lenny LaCour. LaCour warrants and represents that he has valid signed agreements with each and every artist, producer, songwriter and any other copyright holder associated with these copyrights and that those agreements transfer all rights, interests and title to LaCour. LaCour has the full right, power and authority to enter into and perform this Agreement on and that LaCour has not granted and it will not grant to any other person or entity the rights granted herein.

5. LaCour hereby irrevocably appoints Tuff City and Tuff City's successors or assigns as LaCour's attorney-in-fact for all matters relating to this agreement and in LaCour's name and to execute and deliver any documents and/or otherwise that Tuff City may deem necessary.

6. Tuff City shall have the right to use LaCour's name, all trade names, professional names, biographical information, the name of all labels, all parties related to the record labels, all people related to the publishing companies and any information necessary.

7. All notices hereunder shall be deemed served two days after being sent by certified U.S. mail. LaCour shall not be entitled to recover damages or to terminate this agreement by reason of any breach by Tuff City, unless Tuff City has failed to remedy such breach within one hundred and thirty (130) days following written receipt by certified mail of LaCour's notice thereof. LaCour agrees to execute and supply to Tuff City any documents that Tuff City may require to acquire and/or perfect any of the rights that LaCour has assigned in this Agreement. LaCour shall also deliver to Tuff City all physical property relating to these copyrights, including but not limited to all contracts, recordings and other correspondences. (Exclude Flood Loss and on Fire) All contracts were issued @50% under Guttract (Mack Bell excused). SJC.

8. This Agreement represents the entire understanding between the parties relating to the subject matter herein. This Agreement is to be governed by New York State Law applicable to contracts fully made and performed within the State of New York and by Federal copyright law. The parties consent to jurisdiction in the State of New York and hereby agree to service of process as provided by the notice provision herein.

9. Each of the parties hereto agrees that this agreement is being freely and voluntarily given by each without duress or coercion, after each party has had an opportunity to consult with legal counsel of its choice.

10. This agreement represents the entire understanding between the parties relating to the subject matter and may not be altered, amended or modified except by a writing signed by a duly authorized officer of the Tuff City. Neither the making of this agreement nor the performance of any of its provisions shall be construed to constitute LaCour as an agent, employee or legal representative of Tuff City for any purpose nor shall this Agreement be deemed to have established a joint venture or a partnership between the parties hereto.

Accepted and agreed to as of the date first written above:

_____
TUFAMERICA, INC., d/b/a TUFF CITY RECORDS, ("Tuff City")
By Aaron Fuchs, President

_____
Leonard LaCour, Sr.
o/b/o. himself, Kadar Records, Magic Touch Records and 620 Records and all other publishing companies, record labels and/or other companies owned, co-owned or controlled by Leonard LaCour          S.S. # 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

- 2 -

Scanned with
CamScanner

## Schedule B
## Compositions & Sound Recordings

1. Body Dance  (released as by Krystal)
2. Bring It On Home To Me  (released as by The Tides)
3. Broadway Freeze  (released as by Harvey Scales & The Seven Sounds)
4. Cloudy Days  (released as by J. J. Barnes)
5. Color Me Lonely  (released as by Jimette & Co. )
6. Corrine  (released as by William Ray)
7. Do The Spank  (released as by The Deltas)
8. False Alarm  (released as by Krystal)
9. Get Down  (released as by Harvey Scales & The Seven Sounds)
10. I Can't Cry No More  (released as by Harvey Scales & The Seven Sounds)
11. I'm Gonna Move On  (released as by The Deltas)
12. Love Is A Gas  (released as by Harvey Scales & The Seven Sounds)
13. Love-It is  (released as by Harvey Scales & The Seven Sounds)
14. Mad House Jump  (released as by The Daylighters)
15. Me and My Lady  (released as by Jimette & Co. )
16. Put Me Down Easy  (released as by Sean Taylor)
17. Sammy Lee Pickens  (released as by William Ray)
18. Stoop Down  (released as by B.B. Jones)
19. The Disco Scene  (released as by Lake Shore Drive)
20. To An Early Grave  (released as by J. J. Barnes)
21. Too Good To Be True  (released as by Harvey Scales & The Seven Sounds)
22. Too Late To Turn Back Now  (released as by Sean Taylor)
23. Who Told You  (released as by The Tides)
24. You Are What You Are  (released as by William Ray)
25. You're Breaking My Heart  (released as by The Daylighters)

© 2006 by Leonard J. LaCour. P.O. Box 6701 - Villa Pk. Il. 60181
ALL
L.© 2006 Universal Copyright Berne, all Austerdam Conventions by Leonard J. LaCour.
℗ 2006 by Aquarius Music Pub. Co. (ASCAP)
— All Right Reserved. Throughout The World —

Scanned with
CamScanner

# Exhibit
# B

Scanned with
CS CamScanner



**LSG** LEAVENS STRAND & GLOVER
Entertainment, Media & IP Law

**Travis Life**
TLife@LSGlegal.com
(312) 488-4163

September 21, 2018

**VIA CERTIFIED POSTAGE**

Tuff City Records
439 West 43rd Street, FL 1
New York, NY 10036

     Re:   **Music from Leonard J. LaCour**

To Whom It May Concern:

This law firm represents the rights holder for the music catalog of Leonard J. LaCour ("LaCour Catalog"). Tuff City Records has released at least two albums containing music from this catalog; "Lenny LeCour, Walkin' The Bullfrog" and "Harvey Scales & The Seven Sounds, Love-Itis." It is believed that Tuff City Records copied and distributed music from the LaCour Catalog under a purported agreement with Mr. LaCour.

To date, Mr. LaCour has not received any royalties from Tuff City Records or any accounting regarding these or any other albums containing the LaCour Catalog. As such, please be advised that Tuff City Records is in material breach and is ordered to cease producing and distributing products which contain music from the LaCour Catalog. In addition, Tuff City Records is to produce an accounting of all sales, licenses, and any other use of the above-mentioned albums and any Tuff City Records, or any subsidiary of Tuff City Records including but not limited to Soul-Tay-Shus and Night Train International.

Any and all rights purported granted to Tuff City Records and any of its affiliate are hereby revoked and any further use of the LaCour Catalog will be in violation of the U. S. Copyright Act.

Please do not hesitate to contact me to discuss this matter further.

                 Sincerely,

                 Leavens, Strand & Glover, LLC

                 Travis W. Life
                 Partner

**CHICAGO**
203 NORTH LASALLE STREET
SUITE 2550
CHICAGO, IL 60601
312.488.4170

**NASHVILLE**
1102 17TH AVENUE SOUTH
SUITE 306
NASHVILLE, TN 37212
615.712.7404

WWW.LSGLEGAL.COM


Scanned with
**CS** CamScanner



**LSG** **LEAVENS STRAND & GLOVER**
Entertainment, Media & IP Law

Travis Life
TLife@LSGlegal.com
(312) 488-4163

October 19, 2018

**VIA CERTIFIED POSTAGE – SECOND ATTEMPT**

Tuff City Records
439 West 43rd Street, FL 1
New York, NY 10036

     Re:   Music from Leonard J. LaCour

To Whom It May Concern:

This law firm represents the rights holder for the music catalog of Leonard J. LaCour ("LaCour Catalog"). Tuff City Records has released at least two albums containing music from this catalog; "Lenny LeCour, Walkin' The Bullfrog" and "Harvey Scales & The Seven Sounds, Love-Itis." It is believed that Tuff City Records copied and distributed music from the LaCour Catalog under a purported agreement with Mr. LaCour.

To date, Mr. LaCour has not received any royalties from Tuff City Records or any accounting regarding these or any other albums containing the LaCour Catalog. As such, please be advised that Tuff City Records is in material breach and is ordered to cease producing and distributing products which contain music from the LaCour Catalog immediately. In addition, Tuff City Records is to produce an accounting of all sales, licenses, and any other use of the above-mentioned albums and any Tuff City Records, or any subsidiary of Tuff City Records including but not limited to Soul-Tay-Shus and Night Train International. Finally, Tuff City Records is to cease and desist from producing, manufacturing, and/or selling any albums, singles, or any other musical works containing the LaCour Catalog.

Any and all rights purported granted to Tuff City Records and any of its affiliate are hereby revoked and any further use of the LaCour Catalog will be in violation of the U. S. Copyright Act.

Please do not hesitate to contact me to discuss this matter further.

               Sincerely,

               Leavens, Strand & Glover, LLC

               Travis W. Life
               Partner

**CHICAGO**
203 NORTH LASALLE STREET
SUITE 2550
CHICAGO, IL 60601
312.488.4170

**NASHVILLE**
1102 17TH AVENUE SOUTH
SUITE 306
NASHVILLE, TN 37212
615.712.7404

WWW.LSGLEGAL.COM

Scanned with
**CamScanner**


# Exhibit

# C



## Amendment to agreement between Lenny Lacour and Tufamerica inc

**Aaron Fuchs** <aaron.f.tuffcity@gmail.com>                         Thu, Feb 11, 2021 at 9:17 PM
To: lacourinsurance@yahoo.com

Lacour  hereby agrees to extend the agreement dated Sept.23 2004 between Tufamerica( hereinafter referred to as Tuf)
and Lacour to extend the  body of recordings and copyrights contained therein to  include  but not be limited to the
copyrights contained in  each and every master and composition contained in each and every recording including but not
limited to every Magic Touch recording. In exchange Tuf  agrees to pay Lacour $8000 , half of which,aka the initial $4000,
will be sent to Lacour at such time as  Lacour may agree or his son Lenny Lacour Junior, may agree on his behalf , to
respond by email with the words ``accepted and agreed to.'' At such time as TufAmerica receives this agreement they will
send Lacour the initial $4000 payment by registered mail. At such time as Lacour receives the $4000 payment he will send
to TufAmerica all physical property and inventory pertaining to Magic Touch  including but not limited to all master tapes,
records, tapes, cassettes, CDs jacket sleeves and promotional materials in Lacour's possession ( hereinafter referred to as
"materials") to tuff city records, 444 west 50 th st. Ground floor, ny ny 10019.At such time as Tuf America receives these
"materials@ they will make a second  $4000 payment to Lacour  These  payments represent both acknowledgement that
Tuf owes Lacour no monies due under the terms of the original agreement ,and represent an advance against a  15,000
payment to Lacour  to be paid in increments of a thousand dollars a year through to fifteen years from the date of this
agreement at which time Tuf will have no further obligations to Lacour.

This agreement will not be in force until Lacour receives both $4,000 checks.
[Quoted text hidden]

Scanned with
CamScanner

9/30/21, 6 26 PM                        tuffcity com Mail - Re: Amendment to agreement between Lenny Lacour and Tufamerica inc

## Re: Amendment to agreement between Lenny Lacour and Tufamerica inc

2 messages

**Aaron Fuchs** <aaron.f.tuffcity@gmail.com>                                        Sat, Feb 27, 2021 at 5:17 PM
To: Bobbie Lacour <lacourinsurance@yahoo.com>

please read the paragraph that begins with the words "Lenny Lacour Junior " it clearly states the progression of ny making
the first payment for four grand then your sending over tapes and records and then my sending the second payment of four
grand.

*subject to contract*

Sent from my iPhone

> On Feb 26, 2021, at 10:23 PM, Bobbie Lacour <lacourinsurance@yahoo.com> wrote:
>
> Please read agreement again  please .
>
> Thank you
>
> Leonard LaCour Jr Sent agreement early in good faith .
>
> Sent from Yahoo Mail on Android
>
> On Thu, Feb 11, 2021 at 8:17 PM, Aaron Fuchs
> <aaron.f.tuffcity@gmail.com> wrote:
>
>> Lacour  hereby agrees to extend the agreement dated Sept.23 2004 between Tufamerica( hereinafter
>> referred to as Tuf) and Lacour to extend the  body of recordings and copyrights contained therein to
>> include  but not be limited to the copyrights contained in  each and every master and composition
>> contained in each and every recording including but not limited to every Magic Touch recording. In
>> exchange Tuf  agrees to pay Lacour $8000 , half of which,aka the initial $4000, will be sent to Lacour at
>> such time as  Lacour may agree or his son Lenny Lacour  Junior, may agree on his behalf , to respond by
>> email with the words ``accepted and agreed to." At such time as TufAmerica receives this agreement they
>> will send Lacour the initial $4000 payment by registered mail. At such time as Lacour receives the $4000
>> payment he will send to TufAmerica all physical property and inventory pertaining to Magic Touch
>> including but not limited to all master tapes, records, tapes, cassettes, CDs jacket sleeves and
>> promotional materials in Lacour's possession ( hereinafter referred to as "materials") to tuff city records,
>> 444 west 50 th st. Ground floor, ny ny 10019.At such time as Tuf America receives these "materials@
>> they will make a second  $4000 payment to Lacour  These  payments represent both acknowledgement
>> that Tuf owes Lacour no monies due under the terms of the original agreement ,and represent an
>> advance against a  15,000 payment to Lacour  to be paid in increments of a thousand dollars a year
>> through to fifteen years from the date of this agreement at which time Tuf will have no further obligations
>> to Lacour.
>>
>> This agreement will not be in force until Lacour receives both $4,000 checks.
>>
>> *subject to contract*
>>
>> Sent from my iPhone

**Aaron Fuchs** <aaron.f.tuffcity@gmail.com>                                        Sat, Feb 27, 2021 at 9:19 PM
To: Ronald Skoler <rskoler@skolerlaw.com>



can you read my agreement if he decides not to move forward after my first payment have i paid him for nothing

*subject to contract*

On Sat, Feb 27, 2021 at 6:10 PM Bobbie Lacour <lacourinsurance@yahoo.com> wrote:
  MR FUCHS,

I have owned my own business for 23 years and successful, unlike my father who has not been treated kindly over the years in a business capacity.

I read contracts and agreements everyday and clearly the agreement September 23 2004 was given ALOT of leeway to the seller. I am here to make sure that if you would like to do business with him that he gets paid this time .

The agreements are void if 8000 is not received by him , so we will not send you any additional tapes or surrender any additional music until then . He has several boxes as does my sister and he in tends to give you access to full catalog as agreed to once prior payments owed from previous contract is paid.

Please let me know when you will be sending the additional 4,000 so I can let my Father know.

Thank you,

Leonard LaCour Jr
Sent from Yahoo Mail on Android

On Sat, Feb 27, 2021 at 4:17 PM, Aaron Fuchs
<aaron.f.tuffcity@gmail.com> wrote:
  [Quoted text hidden]

## Re: Amendment to agreement between Lenny Lacour and Tufamerica inc
1 message

**Aaron Fuchs** <aaron.f.tuffcity@gmail.com>                                      Sun, Feb 28, 2021 at 5 21 PM
To: Ronald Skoler <rskoler@skolerlaw.com>

It's all about the amendment  which I sent you last week and you describesmd as "poorly worded but good".it sued  pay
Lacore four grand, he sends me his master tapes ,I pay him a second four grand and the deal is binding .now having sent
of the first four grand they want me to send them the second four grand before they send me the tapes. Even tho they
smugly Assert that the deal isn't binding.Im sure that any court would find what they're doing aBreach of contract ( whst is
the remedy ron?)I find their response  very disturbing.

*subject to contract*

Sent from my iPhone

> On Feb 28, 2021, at 1:23 PM, Ronald Skoler <rskoler@skolerlaw.com> wrote:

> Sure. Send me the contract.

> **From:** Aaron Fuchs <aaron.f.tuffcity@gmail.com>
> **Sent:** Saturday, February 27, 2021 9:20 PM
> **To:** Ronald Skoler <rskoler@skolerlaw.com>
> **Subject:** Re: Amendment to agreement between Lenny Lacour and Tufamerica inc

> can you read my agreement.if he decides not to move forward after my first payment have i paid him
> for nothing

> *subject to contract*

> On Sat, Feb 27, 2021 at 6:10 PM Bobbie Lacour <lacourinsurance@yahoo.com> wrote:

>> MR FUCHS,

>> I have owned my own business for 23 years and successful, unlike my father who has not been treated
>> kindly over the years in a business capacity.

>> I read contracts and agreements everyday and clearly the agreement September 23 2004 was given
>> ALOT of leeway to the seller.  I am here to make sure that if you would like to do business with him that he
>> gets paid this time .

The agreements are void if 8000 is not received by him , so we will not send you any additional tapes or surrender any additional music until then . He has several boxes as does my sister and he in tends to give you access to full catalog as agreed to once prior payments owed from previous contract is paid.

Please let me know when you will be sending the additional 4,000 so I can let my Father know.

Thank you,

Leonard LaCour Jr

Sent from Yahoo Mail on Android

On Sat, Feb 27, 2021 at 4:17 PM, Aaron Fuchs

<aaron.f.tuffcity@gmail.com> wrote:

> please read the paragraph that begins with the words "Lenny Lacour Junior " it clearly states the progression of ny making the first payment for four grand then your sending over tapes and records and then my sending the second payment of four grand.
>
>
>
> *subject to contract*
>
>
>
> Sent from my iPhone
>
>
>
>> On Feb 26, 2021, at 10:23 PM, Bobbie Lacour <lacourinsurance@yahoo.com> wrote:
>>
>> Please read agreement again please .
>>
>>
>> Thank you
>>
>>
>> Leonard LaCour Jr Sent agreement early in good faith .
>>
>> Sent from Yahoo Mail on Android
>>
>>
>> On Thu, Feb 11, 2021 at 8:17 PM, Aaron Fuchs
>>
>> <aaron.f.tuffcity@gmail.com> wrote:
>>
>>> Lacour hereby agrees to extend the agreement dated Sept 23 2004 between Tufamerica( hereinafter referred to as Tuf) and Lacour to extend the body of recordings and copyrights contained therein to include but not be limited to the copyrights contained in each and every master and composition contained in each


Scanned with
CamScanner

Case: 1:25-cv-09674 Document #: 1-1 Filed: 08/13/25 Page 30 of 54 PageID #:35

and every recording including but not limited to every Magic Touch recording. In exchange Tuf agrees to pay Lacour $8000 , half of which,aka the initial $4000, will be sent to Lacour at such time as Lacour may agree or his son Lenny Lacour Junior, may agree on his behalf , to respond by email with the words ``accepted and agreed to." At such time as TufAmerica receives this agreement they will send Lacour the initial $4000 payment by registered mail. At such time as Lacour receives the $4000 payment he will send to TufAmerica all physical property and inventory pertaining to Magic Touch including but not limited to all master tapes, records, tapes, cassettes, CDs jacket sleeves and promotional materials in Lacour's possession ( hereinafter referred to as "materials") to tuff city records, 444 west 50 th st. Ground floor, ny ny 10019.At such time as Tuf America receives these "materials@ they will make a second $4000 payment to Lacour These payments represent both acknowledgement that Tuf owes Lacour no monies due under the terms of the original agreement ,and represent an advance against a 15,000 payment to Lacour to be paid in increments of a thousand dollars a year through to fifteen years from the date of this agreement at which time Tuf will have no further obligations to Lacour.

This agreement will not be in force until Lacour receives both $4,000 checks.

*subject to contract*

Sent from my iPhone

9/30/21, 6:28 PM            tuffcity com Mail - RE: Your communication

## RE: Your communication

1 message

**Ronald Skoler** <rskoler@skolerlaw.com>            Wed, Mar 3, 2021 at 11:33 AM
To: Aaron Fuchs <aaron.f.tuffcity@gmail.com>

I can't see any legal, or even rational, basis for that.

-----Original Message-----
From: Aaron Fuchs <aaron.f.tuffcity@gmail.com>
Sent: Wednesday, March 3, 2021 11:08 AM
To: Ronald Skoler <rskoler@skolerlaw.com>
Subject: Re: Your communication

Then read the amendment that this whole thing is turning on . Did I write out so poorly that he can make the claim that he could still ask for money is going back



*subject to contract*

Sent from my iPhone

> On Mar 3, 2021, at 11:05 AM, Aaron Fuchs <aaron.f.tuffcity@gmail.com> wrote:
>
> He responded quickly to what I wrote and you were right about his wanting reparations .read it.he's disturbing
>
>
>
> *subject to contract*
>
> Sent from my iPhone
>
>> On Mar 3, 2021, at 11:03 AM, Ronald Skoler <rskoler@skolerlaw.com> wrote:
>>
>> Good. The email has a nice tone. Tough, but conciliatory. Maybe check for typos better, but still good.
>>
>> -----Original Message-----
>> From: Aaron Fuchs <aaron.f.tuffcity@gmail.com>
>> Sent: Tuesday, March 2, 2021 11:03 PM
>> To: Bobbie Lacour <lacourinsurance@yahoo.com>
>> Cc: Ronald Skoler <rskoler@skolerlaw.com>
>> Subject: Your communication
>>
>> Hello Lenny/ Lenny Jr.I'm in receipt of your communication from saturday.I found it disturbing enough to pass it on to my lawyer should we not be able to resolve our problem and  he is required to take laction.We have a very unambiguous, plainly worded agreement.I pay  you 4 thou, you send me master tapes than I send you the next four thou.There is no other way a judge or any other person could read or interpret it. And while you are right that this deal is not consummated until I send the second four grand, by refusing to send me the tapes after I've paid you the first 4 grand you would be in breach of contract ,and if you chose not return the four grand I would be in an excellent  position to take legal action to recover it and attempt to make you pay my legal fees as well.Your dad's past problems were with companies I had nothing to do with .The fact is, in the deal I did with him I was unable to make money because DJs told me that because I was unable to get your dad's tapes  to use for my release that they  didn't meet professional standards .But i bear no Ill will towards your dad; I like him.I simply believe that by getting tapes I'll do well enough  to earn money to make the  payments down the line the deal calls for.That said  I'm willing to make the following compromise because I think that we'll all be ok  if we work through this.Even tho your dad has put at least 60 releases out  I would be willing  to accept a dozen one inch master tapes as opposed to all of them  that the contract calls for. At such time as I get those dozen I will send you the next $4000 and then at that time you can send me the rest of the tapes.That is a real concession to an agreement I have no legal obligation to make However if in the next ten days you do nothing I will put the matter in my lawyers hands.That's the best I can do and is in fact the best I've ever done.Ball is in your court. Thanks. Aaron
>>
>>
>>



9/30/21, 6:28 PM                                      tuffcity.com Mail - RE: Your communication

>> *subject to contract*
>>
>> Sent from my iPhone

Scanned with

CamScanner

## RE: Lacour

2 messages

**Ronald Skoler** <rskoler@skolerlaw.com>                                    Wed, Mar 3, 2021 at 11:40 AM
To: Aaron Fuchs <aaron.f.tuffcity@gmail.com>

Meanwhile, you're out $4,000.

-----Original Message-----
From: Aaron Fuchs <aaron.f.tuffcity@gmail.com>
Sent: Wednesday, March 3, 2021 11:25 AM
To: Ronald Skoler <rskoler@skolerlaw.com>
Subject: Lacour

In the meanwhile my negotiations for the lacour sample clearance are proceeding and I'm trying to get five grand for a single deal


*subject to contract*

Sent from my iPhone

---

**Ronald Skoler** <rskoler@skolerlaw.com>                                    Wed, Mar 3, 2021 at 12:37 PM
To: Aaron Fuchs <aaron.f.tuffcity@gmail.com>

I don't think he will give you the tapes for another $4K. I think he will then demand more money. Did he not ask for $15K? You're right. He wants reparations.

-----Original Message-----
From: Aaron Fuchs <aaron.f.tuffcity@gmail.com>
Sent: Wednesday, March 3, 2021 11:47 AM
To: Ronald Skoler <rskoler@skolerlaw.com>
Subject: Re: Lacour

I can give them the second four and have a bunch of the copyrights but not get the 2 boxes of tapes that could produce scores of stems


*subject to contract*

Sent from my iPhone

> On Mar 3, 2021, at 11:40 AM, Ronald Skoler <rskoler@skolerlaw.com> wrote:
>
> Meanwhile, you're out $4,000.
>
> -----Original Message-----
> From: Aaron Fuchs <aaron.f.tuffcity@gmail.com>
> Sent: Wednesday, March 3, 2021 11:25 AM
> To: Ronald Skoler <rskoler@skolerlaw.com>
> Subject: Lacour
>
> In the meanwhile my negotiations for the lacour sample clearance are proceeding and I'm trying to get five grand for a single deal
>
>
>
> *subject to contract*
>
> Sent from my iPhone

Scanned with
CS CamScanner

Scanned with
CamScanner

9/30/21, 6:35 PM                                    tuffcity com Mail - Your communication

## Your communication

**Bobbie Lacour** <lacourinsurance@yahoo.com>                              Wed, Mar 10, 2021 at 5:07 PM
Reply-To: Bobbie Lacour <lacourinsurance@yahoo.com>
To: aaron.f.tuffcity@gmail.com

MR FUCHS,

My Father tells me your not responding to his calls ,please return his calls he feels this is not what was discussed and thinks your intentions are good .

I mean no ill will but you started with the lawyer stuff , that being said it's his work he is who you will deal with going forward.  What he agrees to is
soely on him .

Thanks

**Lenny LaCour Jr**
Sent from Yahoo Mail on Android

On Tue, Mar 2, 2021 at 10:02 PM, Aaron Fuchs
<aaron.f.tuffcity@gmail.com> wrote:

> Hello Lenny/ Lenny Jr.I'm in receipt of your communication from saturday.I found it disturbing enough to pass it on to my lawyer should we not be able to resolve our problem and  he is required to take Iaction.We have a very unambiguous, plainly worded agreement.I pay  you 4 thou, you send me master tapes than I send you the next four thou.There is no other way a judge or any other person could read or interpret it. And while you are right that this deal is not consummated until I send the second four grand, by refusing to send me the tapes after I've paid you the first 4 grand you would be in breach of contract ,and if you chose not return the four grand I would be in an excellent  position to take legal action to recover it and attempt to make you pay my legal fees as well.Your dad's past problems were with companies I had nothing to do with .The fact is, in the deal I did with him I was unable to make money because DJs told me that because I was unable to get your dad's tapes  to use for my release that they  didn't meet professional standards .But i bear no Ill will towards your dad; I like him.I simply believe that by getting tapes I'll do well enough  to earn money to make the  payments down the line the deal calls for.That said  I'm willing to make the following compromise because I think that we'll all be ok  if we work through this.Even tho your dad has put at least 60 releases out  I would be willing  to accept a dozen one inch master tapes as opposed to all of them  that the contract calls for. At such time as I get those dozen I will send you the next $4000 and then at that time you can send me the rest of the tapes.That is a real concession to an agreement I have no legal obligation to make However if in the next ten days you do nothing I will put the matter in my lawyers hands.That's the best I can do and is in fact the best I've ever done.Ball is in your court. Thanks. Aaron
>
>
> *subject to contract*
>
> Sent from my iPhone

Case: 1:25-cv-09674 Document #: 1-1 Filed: 08/13/25 Page 36 of 54 PageID #:41

## LaCour Memo received in the mail
1 message

**Aaron Fuchs** <aaronf@tuffcity.com>
To: Ronald Skoler <rskoler@skolerlaw.com>
Cc: Aaron Fuchs <aaronf@tuffcity.com>
Bcc: Nanci Cooke // General Manager <nanci@tuffcity.com>

Thu, Mar 18, 2021 at 9:21 PM

Good evening Ron,
Aaron received the attached memo in the mail from Leonard LaCour.

Regards,
-Nanci

//obo Aaron Fuchs//

--
***Subject to contract***

LaCour_Memo_2021-03-18.pdf
417K

# Exhibit

# D



DocuSign Envelope ID: 1E-DC8AV-8774-4BE9-8184-F7C1CF04AE48

This master license and publishing administration agreement (the "Agreement"), with the effective date of February 8, 2022 ("Effective Date"), between Lenny LaCour ("LICENSOR") and Numero Group, LLC ("NUMERO") sets forth the terms and conditions of LICENSOR's grant of rights to NUMERO in the master recordings listed on Schedule A below (the "Masters") and the compositions listed on Schedule B (the "Compositions"). The parties agree as follows:

**1. Term:** This Agreement begins on the Effective Date and continues for ten (10) years (the "Initial Term"). This Agreement will auto-renew for additional, consecutive two (2) year terms (each an "Additional Term") unless and until ninety (90) days prior written notice is received by the non-terminating party before the date of expiration. The Initial Term and any Additional Term(s) are hereinafter referred to collectively as the "Term". Following the Term, NUMERO shall have an additional six (6) month sell-off period during which NUMERO may continue to sell physical stock in existence at the end of the Term. Further, NUMERO shall have the right to collect income generated by the Master and/or Composition including in connection with any agreements entered into during the Term, regardless of when any such monies are received, whether during or after the Term.

**2. Territory:** World

**3. Rights:** During the Term throughout the Territory, LICENSOR grants to NUMERO:

    (a) the exclusive rights to exploit the Masters and Compositions and collect any and all monies stemming therefrom. Such exploitation rights shall include without limitation, exploitation in any and all manner (including coupling with various artists), media, technologies and formats now known or hereafter devised and to reproduce, manufacture, market, distribute, subdistribute, license, sublicense, publicly perform the Masters and to grant licenses related to such performances, grant master-use licenses, including but without limitation, so-called "sample" licenses, and licenses to third parties for synchronization in timed relation to moving images in any and all formats and/or media now known or hereafter devised including but not limited to, movies, televisions, commercials, and video games. For the avoidance of doubt, NUMERO shall have the exclusive right to represent, administer and license (and collect any and all monies stemming therefrom) LICENSOR's share of any derivative works ("Derivative Works") of the Masters and/or Compositions created by a third party pursuant to the grant of a sample license as authorized herein. Derivative Works shall be automatically added to Schedule A and/or Schedule B, respectively, as if part of this original Agreement; and

    (b) NUMERO is entitled to exercise any and all rights with respect to the control, exploitation (including the right to collect any and all monies stemming from such exploitations) and administration of the Compositions without limitation. For the avoidance of doubt and without limiting the generality of the foregoing, NUMERO has the sole right to grant licenses for purposes including, but not limited to, compilations, so-called sample licenses, and synchronization licenses for advertising, video games, movies, and television; and

NUM-LennyLaCour-MP3MLI020422C


Scanned with
CamScanner

(c) the exclusive right to initiate any legal action against alleged infringers of the Masters and/or Compositions, whether the alleged infringements occurred before or during the Term. Any legal action brought by NUMERO against any alleged infringer of the Masters and/or Compositions shall be solely initiated and prosecuted by NUMERO, and if there is any recovery made by NUMERO as a result thereof, after deduction of the expense of litigation, including but not limited to reasonable attorneys' fees and court costs (pro-rated to the extent applicable in the event such fees and costs do not solely pertain to the Masters and/or Compositions), then such remaining net proceeds (if any) (i.e. the "Net Recovered Proceeds") shall be allocated as follows: fifty percent (50%) of the Net Recovered Proceeds shall be retained by NUMERO and  fifty percent (50%) of the Net Recovered Proceeds shall be retained by LICENSOR. For the sake of clarity, NUMERO's fifty percent (50%) share of the Net Recovered Proceeds shall be retained solely by NUMERO for its own accounting and shall not be subject to the revenue splits or rates in paragraph 4. Notwithstanding anything stated, NUMERO and LICENSOR agree and acknowledge that any and all expenses or costs incurred by NUMERO stemming from such legal action that remain unrecouped after NUMERO receives any corresponding recovery payment (or if there is no such payment) shall be treated as a recoupable cost, pursuant to paragraph 4(a).

(d) For the avoidance of doubt, as between NUMERO and LICENSOR, LICENSOR retains ownership in and to the copyrights of the Masters and Compositions and reserves all rights not granted herein.

Furthermore, LICENSOR grants to NUMERO the perpetual right to use and publish, and to permit others to use and publish, LICENSOR's name (including any professional name LICENSOR now currently have/use or may in the future adopt), the name of each performing artist of the Masters (collectively, the "Artists"), the name of each composer of the Compositions (collectively, the "Composers"), and all photographs, portraits, artwork, likenesses, trademarks, and biographical materials concerning LICENSOR, the Artists or the Composers in connection with the manufacture, sale, distribution and promotion of records embodying the Masters and/or Compositions hereunder and/or NUMERO's record business.

Nothing set forth herein shall be construed to obligate NUMERO to exploit the Masters and/or Compositions in any manner, except that NUMERO shall release the Masters digital formats (e.g., streaming) in major territories.

**3A.** **Approvals:** Notwithstanding anything to the contrary contained in Section 3, NUMERO may not do any of the following without LICENSOR's consent, which shall not be unreasonably withheld or delayed:

(a) License or authorize the inclusion of any Master to third parties for synchronization in timed relation to moving images in any and all formats (e.g., television programs, movies, advertisements, commercials, videogames), except with respect to short form videos released by NUMERO

NUM-LennyLaCour-MP3MLI020422C



in conjunction with a bona fide commercial release of a Master; and

(b) License or authorize the use of any Master for inclusion in a derivative work, such as licensing or authorizing the use of any Master as a so-called "sample" in another sound recording.

Notwithstanding the foregoing, if LICENSOR does not respond to NUMERO's request for approval within forty-eight (48) hours of receiving such request, such request shall be deemed approved by LICENSOR. NUMERO shall have the right to accept the foregoing approval or disapproval from any member of LICENSOR as well as LICENSOR's management or other party duly authorized by LICENSOR via any form of communication including but not limited to e-mail, text message or verbal communication. Any casual or inadvertent non-repetitive failure by NUMERO or any failure by a third party to obtain LICENSOR's consent or approval shall not be deemed a breach by NUMERO of this Agreement.

Notwithstanding anything to the contrary contained herein, NUMERO is not required to obtain LICENSOR's prior written consent for any usages contained herein, which are subject to any and all blanket or similar licenses now or hereafter in effect.

**4. Compensation and Costs:**
   (a) **Advance and Recoupable Costs:** NUMERO shall pay to LICENSOR twenty-five thousand dollars ($25,000 USD) as an advance on LICENSOR's share of earnings (the "Advance"), which is fully recoupable against all royalties and other monies otherwise being owed to LICENSOR under this Agreement. For the avoidance of doubt, any and all costs incurred by NUMERO in connection with the mastering and the restoration and enhancement of the original recordings and the cutting and plating of master lacquers, are fully recoupable by NUMERO against all royalties and other monies otherwise being owed to LICENSOR under this Agreement.
   (b) **Revenue Split:** except as otherwise stated below, fifty percent (50%) of all Net Revenue from the exploitation of the Masters and Compositions.
   (c) **Other Royalty Rate:** For sales of the Masters in physical formats as embodied on compilations that also embody other sound recordings that are not Masters hereunder, a flat fee of fifteen cents ($0.15 USD) per Master per unit (the "Other Record Royalty").

"Net Revenue" means gross revenue received by NUMERO net of discounts, returns, taxes, and any third party fees or costs including, but not limited to, those related to marketing, promotion, distribution, administration, manufacturing or collection fees. Notwithstanding anything to the contrary contained herein, any manufacturing and/or distribution-related charges or fees charged by any company that is partially or wholly owned by NUMERO and/or NUMERO's principal owners (e.g., Secretly Distribution and Independent Record Pressing) shall be deemed bona-fide costs pursuant to this subparagraph and shall not be deemed NUMERO's general overhead. In consideration of these promises, LICENSOR acknowledges that NUMERO may choose to engage in

NUM-LennyLaCour-MP3MLI020422C

any activity listed in Section 3 with companies that are owned, in whole or in part, by NUMERO and/or NUMERO's principal owners, that NUMERO may do so in its sole discretion, and that LICENSOR agrees not to bring any claim against NUMERO with respect to such activity except to challenge it as not meeting the specific standards set forth in this sub-paragraph.

Notwithstanding anything stated, with regard to revenue or monies paid directly to parties pursuant to statutes or any other applicable laws, including but not limited to any public performance revenue or SoundExchange monies, the parties agree and acknowledge that each party's share of such monies or revenue shall be determined by the applicable law or statute and not as outlined in paragraph 4 of this Agreement. Furthermore, without remuneration to LICENSOR, NUMERO shall have the right to manufacture and distribute promotional copies of the Masters and the Compositions embodied therein and to include any portion of such Masters and Compositions on promotional teasers, videos, and samplers in any format.

**5. Mechanical Licenses and Royalties:** During the Term throughout the Territory, LICENSOR hereby grants to NUMERO and NUMERO's licensees the non-exclusive right and license to reproduce and distribute the Compositions. NUMERO, as label, shall pay to LICENSOR's publishing designee, which the parties acknowledge is NUMERO, mechanical royalties at one hundred percent (100%) of the minimum statutory rate in the United States and in respect of records manufactured outside the United States, NUMERO may pay a mechanical royalty equal to the United States mechanical royalty rate specified in this paragraph (irrespective of where such records are sold and in lieu of the otherwise applicable mechanical royalties for the applicable territory), in each case as of the earlier of the date the applicable LP or Master is first delivered to NUMERO or required to be delivered to NUMERO (the "Mechanical Rate") in respect of all uses as set forth herein. For the avoidance of doubt and notwithstanding anything to the contrary contained herein, mechanical royalties paid by NUMERO to LICENSOR's publishing designee stemming from NUMERO's exploitation of the Compositions shall be subject to the royalty provisions set forth in paragraph 4(e) above. The sum of all mechanical royalties payable shall be deducted from LICENSOR's share of Net Revenue or may be treated as an additional advance on LICENSOR's share of Net Revenue.

**6. Accounting:**
    (a) NUMERO shall account to and provide accompanying statements to LICENSOR within ninety (90) days of the end of each June and December, for the preceding six (6) month period. All such statements shall be deemed final and binding upon LICENSOR unless LICENSOR notifies NUMERO in writing within one (1) year after such statements are rendered stating the specific objections to the statements. All aspects of such statements to which no specific objections are made shall be deemed final and binding.

    (b) If NUMERO owes LICENSOR less than twenty-five dollars ($25.00 USD) in any specific accounting period, NUMERO may, at their sole discretion, forego payment of such royalties until the next accounting period in which the balance owed to LICENSOR is equal to or greater than twenty-five dollars ($25.00 USD).

NUM-LannuLaCour-MR3MLI020422C



**7. Miscellaneous:**

    (a) NUMERO reserves the right, at their sole discretion, to select the artwork and title of any product embodying the Masters and Compositions. For the avoidance of doubt, NUMERO shall have the same rights in any artwork elements including, but not limited to, album artwork and photographs, where applicable, as granted in the Masters under paragraph 3(a) of this Agreement and is permitted to use such elements, without limitation, in connection with the commercial and promotional exploitations of the Masters.

    (b) If NUMERO is notified of a failure by LICENSOR to properly account to any appropriate party featured on any such product or in the Masters or any rights holder in the Compositions, if such notice is deemed by NUMERO to be valid (in their sole discretion), NUMERO shall notify LICENSOR of such claim and permit LICENSOR a thirty (30) day period to resolve such claim. Should LICENSOR fails to resolve such claim, NUMERO reserves the right to pay the relevant royalties or a portion of the relevant royalties directly to the appropriate party/ rights holder in question instead of sending such portion to LICENSOR.

    (c) LICENSOR represents and warrants that LICENSOR is free to enter into, to make the grants herein, and to perform as required under the terms of this Agreement, and that entering into this Agreement will not interfere with or infringe upon the rights of any third parties. Furthermore, LICENSOR represents and warrants that LICENSOR owns or controls all rights and title in and to the Masters and Compositions, that all materials provided by LICENSOR to NUMERO in connection with the Masters and/or Compositions (including, but not limited to, photographs, images, artwork) are free and clear of any claims of a third party and that NUMERO's use of such materials is permitted and will not infringe upon the rights of any third parties, and the information listed on Schedule A and Schedule B is true and accurate. LICENSOR shall indemnify, defend and hold NUMERO harmless with respect to any claim, loss or expense (including all costs and attorney fees) arising from a breach or alleged breach of the foregoing representations.

    (d) NUMERO represents and warrants that NUMERO currently has the ability to exploit and administer the Masters and the Compositions.

    (e) If any part of this agreement is declared unenforceable or invalid, the remainder will continue to be valid and enforceable. Notwithstanding the foregoing, if NUMERO is made aware that LICENSOR's grant of exclusive rights is unenforceable given LICENSOR's status as a joint owner of any or all of the Masters and/or Compositions, this Agreement, in regards to the affected Master(s) and/or Composition(s), shall continue with such rights granted on a non-exclusive basis, and LICENSOR assumes any and all statutory obligations to account to bona fide co-owners.

    (f) In connection with an action to enforce this Agreement the prevailing party shall have the right to collect from the non-prevailing party reasonable costs and necessary disbursements and attorneys' fees incurred in such enforcement effort.

    (g) LICENSOR acknowledges and agrees that all monies becoming payable to LICENSOR hereunder are "all-in" and shall include any payments required to be

NUM-LennyLaCour-MP3MLI020422C



made to LICENSOR, any musicians, and/or other persons engaged by LICENSOR who are entitled to royalties in connection with the Masters and Compositions. Should NUMERO release the Masters in a packaged vinyl edition with a digital download card, as those terms are understood in the music industry, LICENSOR agrees that NUMERO is only required to pay the Other Record Royalty and Mechanical Rate once per Master and Composition included in such combined package.

(h)  This Agreement constitutes the complete, final agreement between the parties on the matters contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

(i)  This Agreement is subject to the laws of the state of Illinois and the parties hereby attorn to the courts of the judicial district of Illinois.

(j)  Neither party will be deemed in breach unless the other party gives notice and the notified party fails to cure within thirty (30) days after receiving notice; provided, that if the alleged breach is of such a nature that it cannot be completely cured within thirty (30) days, the notified party will not be deemed to be in breach if the notified party commences the curing of the alleged breach within such thirty (30) day period and proceeds to complete the curing thereof with due diligence within a reasonable time thereafter.

(k)  NUMERO may, at NUMERO's election, assign, sell and/or otherwise transfer this agreement, and any or all of NUMERO's rights and obligations hereunder, in whole or in part, to any subsidiary, affiliated, or related company, to NUMERO's distributor, or to any entity that owns or acquires a substantial portion of NUMERO's stocks or assets. Any such assignee shall likewise have the limited rights to assign this Agreement. NUMERO shall have the unlimited right to sublicense any of NUMERO's rights hereunder. LICENSOR is prohibited from assigning any of LICENSOR's rights hereunder without NUMERO's prior written consent. Any assignment in violation of this section is void.

(l)  LICENSOR hereby acknowledges that LICENSOR has been represented in the negotiation and execution of this agreement by an independent attorney of LICENSOR's choice who is familiar with the practices of the entertainment industry or freely chosen not to do so. The provisions of this agreement are the product of arms-length negotiation between the parties.

[signature page follows]

NUM-LennyLaCour-MP3MLI020422C



(m) This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement. In the event that any signature is delivered by facsimile transmission, by email delivery in "PDF" format, or by other electronic means, such signature shall create a valid and binding obligation of the party and shall have the same force and effect as if it were their original signatures for all purposes.

If the foregoing accurately reflects the understanding between you and us with respect to the matters herein, please indicate your acceptance by signing in the spaces below.

NUMERO GROUP, LLC

By Authorized Signatory
Name: Darius Van Arman

LENNY LACOUR

NUM-LennyLaCour-MP3MLI020422C

Scanned with
CamScanner

DocuSign Envelope ID: 165D09A7-8774-4BE9-8184-F7C1CF04AE48

## SCHEDULE A
## MASTERS

For the sake of clarity, each master recording listed on Schedule A may represent any number of different master recordings (i.e., there may be multiple master recordings and instrumental versions corresponding to each title).

| Title | Artist |
| --- | --- |
| All Around The World | Bobby Oliver And His Band |
| Where Do Dreams Go | Bobby Oliver And His Band |
| North By Northeast | Sammy & The Five Notes |
| African Cha Cha | Sammy & The Five Notes |
| The Great Great Pumpkin | Eddy Bell & The Bel-Aires |
| I'm Still In Love With You | Eddy Bell & The Bel-Aires |
| No Privacy | Lennie LaCour |
| Twinkle Toes (The Christmas Cha Cha) | Lennie LaCour |
| Have I Stayed Away Too Long? | The Big Rocker |
| No Privacy | The Big Rocker |
| He's A Square | The Belvederes |
| Wage Assignment Blues | The Belvederes |
| Lion Is Awake | Sammy & The Five Notes |
| Doodle Bug Twist | Sammy & The Five Notes |
| Oh Baby | The Del-Prados |
| The Skip | The Del-Prados |
| Chocolate Bar | The Uniques |
| Silvery Moon | The Uniques |
| Johnny Be-Goode Is In Hollywood | Eddy Bell And The Bel-Aires |
| I'm All Alone | Eddy Bell And The Bel-Aires |
| Lorraine | Bobby Oliver And His Band |
| Lucille | Bobby Oliver And His Band |
| Something Made Me Stop (Stop Shopping Around) | The Swinging Hearts |
| Say It Isn't So | The Swinging Hearts |
| Devil's Love | Hugh Barrett |
| Send For Me | Hugh Barrett |
| Desertion At The Little Big Horn | Hugh Barrett |

NUM-LennyLaCour-MP3MLI020422C

| | |
|---|---|
| Choo-Choo Twist | Hugh Barrett |
| Rock 'N' Roll USA | Eddy Bell |
| Have I Stayed Away Too Long | Eddy Bell |
| Bad Girl | Joy Lane |
| Why Lie | Joy Lane |
| King Of Wealth | Mike Joseph |
| Sandy | Mike Joseph |
| (Don't Let Her Use) That Ticket To Ride | The Bossmen |
| I Can't Help It | The Bossmen |
| Fever Of Love | The Bossmen |
| Good Lookin' Woman | The Bossmen |
| Jump Type Ballad | Dino Perrone & The Suspicions |
| Story Of A Dream | Dino Perrone & The Suspicions |
| Jump Ballad | Dino & The Suspicions |
| Please, Please (Say You Love Me) | Dino & The Suspicions |
| Say That Thing | Dee Robb And The Robbins |
| He's Got The Whole World In His Hands | Dee Robb And The Robbins |
| (Stewed Bird) And Mashed Potatoes | The Bossmen |
| Bad Boss Man | The Bossmen |
| Self Pity | The Bossmen |
| I'm Ready | The Bossmen |
| Come On Willie | Oscar Hamod And His Majestics |
| Top Eliminator | Oscar Hamod And His Majestics |
| I Want Your Love | Dino And The Suspicions |
| Oh Mary Ann | Dino And The Suspicions |
| The Invaders Are Coming | The Young Savages |
| (Some Day) A Very Special Day | The Young Savages |
| (A Whole Lot Of) Confusion | The Ethics |
| (I Can't Get You) Out Of My Mind | The Ethics |
| A Kiss And A Ring | Dino Perrone |
| Boy Meets Girl | Dino Perrone |
| The First Time In My Life | The Comic Books |
| Young Blood | The Comic Books |

NUM-LennyLaCour-MP3MLI020422C

| | |
|---|---|
| Do Your Own Thing | Filet Of Soul |
| Sweet Lovin' | Filet Of Soul |
| The Dance Called The Motion | Marvelle & The Blue Mats |
| Mellow Man | Marvelle & The Blue Mats |
| Another Lonely Soldier Boy | Hugh Barrett |
| Moon Light Down By The River | Hugh Barrett |
| I Want To Thank You | The Invasion |
| The Invasion Is Coming | The Invasion |
| I Love You Oh So Much | The Young Savages |
| Welcome To My World | The Young Savages |
| Do You Like What You See | The Invasion |
| The Wind Keeps On Blowing | The Invasion |
| You Baby | Friday And The Weekends |
| (I Need Her) She's The Sunshine Of My Life | Friday And The Weekends |
| Wise Up | Junior & The Classics |
| Stock Blues In D | Junior & The Classics |
| You Speak Of Love | The Swinging Hearts |
| I've Got It | The Swinging Hearts |
| Mix Up (A Go Go) | Junior & The Classics |
| Wise Up | Junior & The Classics |
| Do The Bat-Mo | The Big Bossman (Bob Darian) |
| (Tonight I'll Go) Way Across The Sea | The Big Bossman (Bob Darian) |
| Young Blood | The Comic Books |
| The Bat-Mo | The Comic Books |
| Would You Laugh At Me | Gary Brown |
| Oh My Love | Gary Brown |
| Don't (Make Me No Promises) | Evelyn Smith |
| You Don't Mean A Thing To Me | Evelyn Smith |
| Love Itis | Harvey Scales & The 7 Sounds |
| Get Down | Harvey Scales & The 7 Sounds |
| Too Late To Turn Back Now | Sean Taylor |
| Put Me Down Easy | Sean Taylor |
| Kill The Pain | Junior & The Classics |

NUM-LennyLaCour-MP3MLI020422C

| | |
|---|---|
| Please Make Love To Me | Junior & The Classics |
| Here's Where I Get Off | Attila And The Huns |
| The Vinyards Of My Time | Attila And The Huns |
| Don't End Up Like Me | Marvelle & The Blue Match |
| A Man Ain't Nothing Till A Woman Takes His Name | Marvelle & The Blue Match |
| Why Do I Love You | Andy Crown |
| I Can't Give You Up | Andy Crown |
| Won't You Forgive | The Tornadoes |
| Feel Like A Fool | The Tornadoes |
| Tricentennial Boogie | The Bill Meredith Band |
| Thinkin' Of Ray | The Bill Meredith Band |
| Winter's Serenade | The Soul Senders |
| Soul Street | The Soul Senders |
| Soul Beat | The Suspicions |
| A Winter's Serenade | The Suspicions |
| Got To Find A Way Out | The Mar-J's |
| Forever | The Mar-J's |
| Hula Shake | Atilla And The Huns |
| Hurry Back | Atilla And The Huns |
| Stoop Down (Way Way Down) | B.B. Jones |
| The Real Thing | B.B. Jones |
| The Disco Scene | Lake Shore Drive |
| The Disco Scene (Pt. 1-Vocal) | Lake Shore Drive |
| The Disco Scene (Pt. 2-Instrumental) | Lake Shore Drive |
| I Found A Love | Connie Mackey |
| Make Your Life What You Want It To Be | Connie Mackey |
| Don't Burn | Lonnie Larry With The Almighty Sonics |
| You Can't Leave Me | Lonnie Larry With The Almighty Sonics |
| Disco Dancer | The Desperados |
| I Am Lonely | The Desperados |
| Gimme Your Love | The C.O.D.'s |
| Funky Disco | The C.O.D.'s |
| Frontiersman Of The Galaxy | James Monroe |

NUM-LennyLaCour-MP3MLI020422C

| | |
|---|---|
| Funky Lady | James Monroe |
| Sammy Lee Pickens | William Ray |
| Corine | William Ray |
| Love Maker (Sheet Shaker) | David Marshall |
| Something About You (That Turns Me On) | David Marshall |
| Mona Lisa | Lenny LaCour |
| Simple Life | Lenny LaCour |
| Body Dance | Krystal |
| False Alarm | Krystal |
| Do The Spank | The Deltas |
| Gonna Move On | The Deltas |
| Can't I Make It Up To You | Paul Clarke |
| When The Feeling Hits You | Paul Clarke |
| He Made You Mine | Brighter Side Of Darkness |
| Disco Ball | Brighter Side Of Darkness |
| Step Down | Pirate |
| Thrill | Pirate |
| Mellow Fella | Juia (Flicks) White |
| Out Or In | Juia (Flicks) White |
| Rockin' Rosalie Vs Disco Bill | Lenny LaCour |
| Bamboo Walls | Lenny LaCour |
| America (I Love You) | Lenny LaCour |
| Chicago, My Chicago | Lenny LaCour |
| Tonight (Let's Do It) | Jamie And Take V |
| I Was Lost | Jamie And Take V |
| Party Hardy | Slapback |
| Back Again | Slapback |
| Every Body's Problem | LaJohn & Sheela |
| To Far Gone | LaJohn & Sheela |
| Chi-c-a-g-o (It's My Chicago) | Light Touch Band |
| Sexy Lady | Light Touch Band |
| I'll Never Give You Up | Shirley Drumgole |
| My World Of Fantasy | Shirley Drumgole |

NUM-LennyLaCour-MP3MLI020422C

| | |
|---|---|
| Disco Devil | Honil |
| I'm A Dancer | Honil |
| Get Your Act Together | Clifford Brown |
| Special Lady | Clifford Brown |
| (It's Too Good) Too Good To Be True | Harvey Scales & The Seven Sounds |
| Love Is A Gas (But How Sweet It Is) | Harvey Scales & The Seven Sounds |
| Don't You Ever Let It End | Harvey Scales & The Seven Sounds |
| The Sound Of Soul | Harvey Scales & The Seven Sounds |
| Trying To Survive | Harvey Scales & The Seven Seas |
| Bump Your Thang | Harvey Scales & The Seven Seas |
| Rock The World | Harvey Scales & The Seven Sounds |
| Groove On Sexy Lady | Harvey Scales & The Seven Sounds |
| Follow The Disco Crowd | Harvey Scales |
| Love Thief | Harvey Scales |
| Broadway Freeze | Harvey Scales & The Seven Sounds |
| I Can't Cry No More | Harvey Scales & The Seven Sounds |
| Welcome Home | Harvey Scales |
| Trackdown | Harvey Scales |
| Maharishi | King Creole |
| Dancin' To The Cotton Eyed Joe | Lenny LaCour |
| Funky Football | Harvey Scales & The Seven Sounds |
| Devil Music | Lenny LaCour |
| Woodpecker Rock | The Braves |

SCHEDULE A

## Compositions

| Composition | Songwriter | Songwriter Share | Songwriter | Songwriter Share | Songwriter | Songwriter S | Songwriter | Songwriter Share | Copyright Owner |
|---|---|---|---|---|---|---|---|---|---|
| All Around The World | Millet | 50% | Blackwell | 50% | | | | | Lenny LaCour 100% |
| Where Do Dreams Go | Bobby Oliver | 100% | | | | | | | Lenny LaCour 100% |
| North By Northeast | Ray Smith | 25% | S Perrone | | 25% | Raymond Guyser | 25% | John Caruso | 25% | Lenny LaCour 100% |
| African Cha Cha | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| The Great Great Pumpkin | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| I'm Still In Love With You | Eddie Blazonczyk | 100% | | | | | | | Lenny LaCour 100% |
| No Privacy | J Richard | 50% | J Burgess | 50% | | | | | Lenny LaCour 100% |
| Twinkle Toes (The Christmas Cha Cha) | Lennie LaCour | 50% | Carrie Fraley | 50% | | | | | Lenny LaCour 100% |
| Have I Stayed Away Too Long? | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| No Privacy | J Burgess | 50% | J Richard | 50% | | | | | Lenny LaCour 100% |
| He's A Square | Edward Blazonczyk | 100% | | | | | | | Lenny LaCour 100% |
| Wage Assignment Blues | Lennie LaCour | 50% | Carrie Fraley | 50% | | | | | Lenny LaCour 100% |
| Lion Is Awake | Sammy & The Five M | 100% | | | | | | | Lenny LaCour 100% |
| Doodle Bug Twist | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Oh Baby | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| The Skip | The Del-Prados | 100% | | | | | | | Lenny LaCour 100% |
| Chocolate Bar | The Uniques | 100% | | | | | | | Lenny LaCour 100% |
| Silvery Moon | The Uniques | 100% | | | | | | | Lenny LaCour 100% |
| Johnny Be-Goode Is In Hollywood | Lennie LaCour | 50% | Carrie Fraley | 50% | | | | | Lenny LaCour 100% |
| I'm All Alone | Edward Blazonczyk | 100% | | | | | | | Lenny LaCour 100% |
| Lorraine | Bobby Oliver | 100% | | | | | | | Lenny LaCour 100% |
| Say It Isn't So | Morris Spearmon | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| Devil's Love | Don Kale | 50% | Ray Black | 50% | | | | | Lenny LaCour 100% |
| Desertion At The Little Big Horn | Lennie LaCour | 33% | Don Kale | 33% | Ray Black | 33% | | | Lenny LaCour 100% |
| Choo-Choo Twist | T Ferazzi | 33% | Ray Black | 33% | Dona Kale | 33% | | | Lenny LaCour 100% |
| Rock 'N' Roll USA | Eddy Bell | 100% | | | | | | | Lenny LaCour 100% |
| Have I Stayed Away Too Long | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Bad Girl | J Burgess | 50% | J Richard | 50% | | | | | Lenny LaCour 100% |
| Why Lie | J Burgess | 50% | J Richard | 50% | | | | | Lenny LaCour 100% |
| King Of Wealth | Mike Joseph | 100% | | | | | | | Lenny LaCour 100% |
| Sandy | Mike Joseph | 50% | Ron Wolf | 50% | | | | | Lenny LaCour 100% |
| (Don't Let Her Use) That Ticket To Ride | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| I Can't Help It | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| Fever Of Love | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| Good Lookin' Woman | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| Jump Type Ballad | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| Story Of A Dream | Dino Perrone | 100% | | | | | | | Lenny LaCour 100% |
| Jump Ballad | Jimmy Carver | 100% | | | | | | | Lenny LaCour 100% |
| Please, Please (Say You Love Me) | Jimmy Carver | 50% | Bobbie Poe | 50% | | | | | Lenny LaCour 100% |
| Say That Thing | Dee Robb | 100% | | | | | | | Lenny LaCour 100% |
| (Stewed Bird) And Mashed Potatoes | Dub Stewart | 100% | | | | | | | Lenny LaCour 100% |
| Bad Boss Man | Jesse Perales | 100% | | | | | | | Lenny LaCour 100% |
| Self Pity | The Bossman | 100% | | | | | | | Lenny LaCour 100% |
| I'm Ready | Antonio Bartholmee | 100% | | | | | | | Lenny LaCour 100% |
| Come On Willie | Oscar Hamod | 100% | | | | | | | Lenny LaCour 100% |
| Top Eliminator | Oscar Hamod | 100% | | | | | | | Lenny LaCour 100% |
| I Want Your Love | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Oh Mary Ann | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |

Scanned with CamScanner

| Composition | Songwriter | Songwriter Share | Songwriter | Songwriter Share | Songwriter | Songwriter S | Songwriter | Songwriter Share | Copyright Owner |
|---|---|---|---|---|---|---|---|---|---|
| The Invaders Are Coming | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| (Some Day) A Very Special Day | Jesse Sylvie | 100% | | | | | | | Lenny LaCour 100% |
| (A Whole Lot Of) Confusion | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| (I Can't Get You) Out Of My Mind | The Ethics | 100% | | | | | | | Lenny LaCour 100% |
| A Kiss And A Ring | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Boy Meets Girl | Eugene Saulters | 100% | | | | | | | Lenny LaCour 100% |
| The First Time In My Life | The Comic Books | 100% | | | | | | | Lenny LaCour 100% |
| Young Blood | Leiber | 33% | Stoller | 33% | Pomus | 33% | | | Lenny LaCour 100% |
| Do Your Own Thing | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Sweet Lovin' | Filet Of Soul | 100% | | | | | | | Lenny LaCour 100% |
| The Dance Called The Motion | Lennie LaCour | 50% | Robert Brantley | 50% | | | | | Lenny LaCour 100% |
| Mellow Man | Lennie LaCour | 50% | Robert Brantley | 50% | | | | | Lenny LaCour 100% |
| Another Lonely Soldier Boy | Lennie LaCour | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| Moon Light Down By The River | N Cautse | 100% | | | | | | | Lenny LaCour 100% |
| I Want To Thank You | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| The Invasion Is Coming | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| I Love You Oh So Much | Lennie LaCour | 50% | L. Couly | 50% | | | | | Lenny LaCour 100% |
| Welcome To My World | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Do You Like What You See | M. Jablonski, | 50% | Gene Paranich | 50% | | | | | Lenny LaCour 100% |
| The Wind Keeps On Blowing | Gene Peranch | 100% | | | | | | | Lenny LaCour 100% |
| You Baby | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| (I Need Her) She's The Sunshine Of My Life | Madala | 100% | | | | | | | Lenny LaCour 100% |
| Wise Up | Robert Brantley | 100% | | | | | | | Lenny LaCour 100% |
| Stock Blues In D | Robert Brantley | 100% | | | | | | | Lenny LaCour 100% |
| You Speak Of Love | Spearmon | 50% | Morris | 50% | | | | | Lenny LaCour 100% |
| I've Got It | C Brown | 50% | L. Davis | 50% | | | | | Lenny LaCour 100% |
| Mix Up (A Go Go) | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Wise Up | Robert Brantley | 100% | | | | | | | Lenny LaCour 100% |
| Do The Bat Mo | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| (Tonight I'll Go) Way Across The Sea | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Young Blood | Pomus | 33% | Stoller | 33% | Leiber | 33% | | | Lenny LaCour 100% |
| The Bat Mc | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Would You Laugh At Me | Gary Brown | 100% | | | | | | | Lenny LaCour 100% |
| Oh My Love | Gary Brown | 100% | | | | | | | Lenny LaCour 100% |
| Don't (Make Me No Promises) | E. Campbell | 33% | T Berry | 33% | E. Smith | 33% | | | Lenny LaCour 100% |
| You Don't Mean A Thing To Me | E. Campbell | 33% | T Berry | 33% | E. Smith | 33% | | | Lenny LaCour 100% |
| Don't End Up Like Me | Lennie LaCour | 50% | Marvelle Love | 50% | | | | | Lenny LaCour 100% |
| A Man Ain't Nothing Till A Woman Takes H | Lennie LaCour, | 50% | Sam Brantley | 50% | | | | | Lenny LaCour 100% |
| Why Do I Love You | George Patterson Jr | 50% | A. Polychronus | 50% | | | | | Lenny LaCour 100% |
| I Can't Give You Up | George Patterson Jr | 50% | A. Polychronus | 50% | | | | | Lenny LaCour 100% |
| Won't You Forgive | Clarence Seymour | 100% | | | | | | | Lenny LaCour 100% |
| Feel Like A Fool | Clarence Seymour | 100% | | | | | | | Lenny LaCour 100% |
| Tricentennial Boogie | William Meredith | 100% | | | | | | | Lenny LaCour 100% |
| Thinkin' Of Ray | Arle Brown | 100% | | | | | | | Lenny LaCour 100% |
| Winter's Serenade | Lennie LaCour | 33% | Sam Perrone | 33% | R. Giesek | 33% | | | Lenny LaCour 100% |
| Soul Street | Lennie LaCour | 50% | Sam Perrone | 50% | | | | | Lenny LaCour 100% |
| Soul Beat | Sam Perrone | 50% | M Stukque | 50% | | | | | Lenny LaCour 100% |
| A Winter's Serenade | Lennie LaCour | 33% | Sam Perrone | 33% | R. Giesek | 33% | | | Lenny LaCour 100% |

Scanned with
CamScanner

| Composition | Songwriter | Songwriter Share | Songwriter | Songwriter Share | Songwriter | Songwriter S | Songwriter | Songwriter Share | Copyright Owner |
|---|---|---|---|---|---|---|---|---|---|
| Got To Find A Way Out | Lennie LaCour | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| Forever | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Hula Shake | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Hurry Back | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| The Real Thing | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| The Disco Scene | Leroy O'Connor | 100% | | | | | | | Lenny LaCour 100% |
| The Disco Scene (Pt. 1-Vocal) | Leroy O'Connor | 100% | | | | | | | Lenny LaCour 100% |
| The Disco Scene (Pt. 2-Instrumental) | Leroy O'Connor | 100% | | | | | | | Lenny LaCour 100% |
| I Found A Love | Connie Mackey | 100% | | | | | | | Lenny LaCour 100% |
| Make Your Life What You Want It To Be | Connie Mackey | 100% | | | | | | | Lenny LaCour 100% |
| Don't Burn | Lonnie Larry | 100% | | | | | | | Lenny LaCour 100% |
| You Can't Leave Me | Lonnie Larry | 100% | | | | | | | Lenny LaCour 100% |
| Disco Dancer | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| I Am Lonely | The Desperados | 100% | | | | | | | Lenny LaCour 100% |
| Gimme Your Love | T. Brown | 100% | | | | | | | Lenny LaCour 100% |
| Funky Disco | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Frontiersman Of The Galaxy | James Monroe | 100% | | | | | | | Lenny LaCour 100% |
| Funky Lady | James Monroe | 100% | | | | | | | Lenny LaCour 100% |
| Sammy Lee Pickens | William Ray | 100% | | | | | | | Lenny LaCour 100% |
| Coivie | William Ray | 100% | | | | | | | Lenny LaCour 100% |
| Love Maker (Sheet Shaker) | David Marshall | 100% | | | | | | | Lenny LaCour 100% |
| Something About You (That Turns Me On) | David Marshall | 100% | | | | | | | Lenny LaCour 100% |
| Mona Lisa | Evans Livingston | 100% | | | | | | | Lenny LaCour 100% |
| Simple Life | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Body Dance | Lennie LaCour | 33% | Larry Darnell Odom | 33% | Albert James Vance | 33% | | | Lenny LaCour 100% |
| False Alarm | Lennie LaCour | 50% | Albert James Vance | 50% | | | | | Lenny LaCour 100% |
| Do The Spank | Joanna Harvey | 50% | Donald Burnside | 50% | | | | | Lenny LaCour 100% |
| Gonna Move On | Belinda Dunn | 50% | Lamar Dunn | 50% | | | | | Lenny LaCour 100% |
| Can't I Make It Up To You | James Paul Clarke | 100% | | | | | | | Lenny LaCour 100% |
| When The Feeling Hits You | James Paul Clarke | 100% | | | | | | | Lenny LaCour 100% |
| He Made You Mine | F Lamont | 50% | L. White | 50% | | | | | Lenny LaCour 100% |
| Disco Ball | L. Williams | 50% | F Lamont | 50% | | | | | Lenny LaCour 100% |
| Step Down | G. Long | 50% | R. Pucci | 50% | | | | | Lenny LaCour 100% |
| Thrill | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Mellow Fella | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Out Or In | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Rockin' Rosalie Vs Disco Bill | Carrie P Fraley | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| Bamboo Walls | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| America (I Love You) | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Chicago, My Chicago | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Tonight (Let's Do It) | D. Ziko | 50% | J. Ziko | 50% | | | | | Lenny LaCour 100% |
| I Was Lost | D. Ziko | 50% | J. Ziko | 50% | | | | | Lenny LaCour 100% |
| Party Hardy | Lennie LaCour | 33% | L. Faro | 33% | F. McNabb | 33% | | | Lenny LaCour 100% |
| Back Again | Lennie LaCour | 33% | L. Faro | 33% | F. McNabb | 33% | | | Lenny LaCour 100% |
| Every Body's Problem | J. Jones | 50% | LaJohn | 50% | | | | | Lenny LaCour 100% |
| To Far Gone | Leonard Caston | 50% | LaJohn | 50% | | | | | Lenny LaCour 100% |
| Chi-c-a-g-o (It's My Chicago) | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Sexy Lady | Jimmy Mitchell | 100% | | | | | | | Lenny LaCour 100% |

Scanned with
CS CamScanner

| Composition | Songwriter | Songwriter Share | Songwriter | Songwriter Share | Songwriter | Songwriter S | Songwriter | Songwriter Share | Copyright Owner |
|---|---|---|---|---|---|---|---|---|---|
| I'll Never Give You Up | Shirley Drumgole | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| My World Of Fantasy | Shirley Drumgole | 50% | Lennie LaCour | 50% | | | | | Lenny LaCour 100% |
| Disco Devil | Lino Galluta | 100% | | | | | | | Lenny LaCour 100% |
| I'm A Dancer | Lennie LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Get Your Act Together | Lennie LaCour | 50% | Clifford Brown | 50% | | | | | Lenny LaCour 100% |
| Special Lady | Lennie LaCour | 50% | Clifford Brown | 50% | | | | | Lenny LaCour 100% |
| (It's Too Good) Too Good To Be True | Lennie LaCour | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Love Is A Gas (But How Sweet It Is) | Lennie LaCour | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Don't You Ever Let It End | Lennie LaCour | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| The Sound Of Soul | Harvey Scales | 50% | Albert Vance | 50% | | | | | Lenny LaCour 100% |
| Trying To Survive | Lennie LaCour | 33% | Mel Taylor | 33% | Harvey Scales | 33% | | | Lenny LaCour 100% |
| Bump Your Thang | Lenny LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Rock The World | Lennie LaCour | 50% | Harvey Scales | 50% | | 33% | | | Lenny LaCour 100% |
| Groove On Sexy Lady | Mel Taylor | 33% | Harvey Scales | 33% | Lennie LaCour | | | | Lenny LaCour 100% |
| Follow The Disco Crowd | Robert W. Kaider | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Love Thief | Robert W. Kaider | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Broadway Freeze | Lennie LaCour | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| I Can't Cry No More | Lennie LaCour. | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Welcome Home | Walter Jackson | 100% | | | | | | | Lenny LaCour 100% |
| Trackdown | Lennie LaCour. | 50% | Harvey Scales | 50% | | | | | Lenny LaCour 100% |
| Maharishi | Lennie LaCour | 33% | Lennie LaCour | 33% | Kaider | 33% | | | Lenny LaCour 100% |
| Dacin' To The Cotton Eyed Joe | L J LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Funky Football | H. Scales. | 50% | L. LaCour | 50% | | | | | Lenny LaCour 100% |
| Devil Music | L LaCour | 100% | | | | | | | Lenny LaCour 100% |
| Woodpecker Rock | Nat Couty | 50% | L. LaCour | 50% | | | | | Lenny LaCour 100% |