IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| THE NUMERO GROUP, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>TUFAMERICA, INC.,<br><br>    *Defendant*. | Case No. 2025-cv-9674<br><br>Honorable Judge Manish S. Shah |

## MOTION FOR EXTENSION OF TIME

Defendant TufAmerica, Inc. ("Tuf"), requests an extension of time to respond to the Complaint filed by Plaintiff The Numero Group, LLC ("Numero"). In support, Tuf states:

1. On June 2, 2025, Numero filed the Complaint in Cook County.

2. On August 13, 2025, Tuf filed a Notice of Removal, removing the case to this Court.

3. Pursuant to Rule 81, Tuf's response to Numero's Complaint is due 7 days after the notice of removal. See Fed. R. Civ. P. 81(c)(2)(C).

4. Tuf's response is currently due on August 20, 2025.

5. The Complaint contains three counts for declaratory judgment, and involves a complicated contractual history between Tuf and a third party, Leonard LaCour. Undersigned counsel was recently retained and is still analyzing the factual background and assessing proper defenses.

6. Tuf requests an extension of 30 days to file its response. Tuf's response would be due on September 19, 2025.

7. Counsel for Tuf discussed with counsel for Numero, and Numero's Counsel had no objection to this request.

8. This motion is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, TufAmerica, Inc. requests an extension of time until September 19, 2025 to respond to the Complaint, and for any other relief the Court deems just.

Dated: August 18, 2025

Respectfully submitted,

TufAmerica, Inc.

By:  /s/ Steven P. Mandell
      One of its attorneys

Steven P. Mandell (ARDC #6183729)
Bryan G. Lesser (ARDC #6330021)
MANDELL MENKES LLC
1 North Franklin Street, Suite 900
Chicago, IL 60606
(312) 251-1000
smandell@mandellmenkes.com
blesser@mandellmenkes.com
*Counsel for defendant TufAmerica, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that a copy of the foregoing document has been served on August 18, 2025 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Steven P. Mandell*
