## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

The Numero Group, LLC

                Plaintiff,

v.

                                    Case No.: 1:25−cv−09674

                                    Honorable Manish S. Shah

TufAmerica, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file an amended complaint [25] is granted. Plaintiff may file its amended complaint as a separate entry on the docket and defendant shall respond to the amended complaint by 4/10/26. The parties' discovery progress report remains due 4/13/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.