**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


The Numero Group, LLC

                    Plaintiff,

v.
                                      Case No.: 1:25–cv–09674

                                      Honorable Manish S. Shah

TufAmerica, Inc.

                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, August 13, 2026:

       MINUTE entry before the Honorable Manish S. Shah: Leonard J. LaCour, Sr. and Leonard Allen LaCour have until 8/21/26 to respond to the third–party complaint. The motion to compel [47] is terminated as a pending motion because the parties report that they continue to meet and confer over the discovery issues. Any remaining disputes will need to be refiled as a new motion. The parties' status report remains due 11/16/26. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.